# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable GREGORY B. WORMUTH

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **25-1320 MJ** | Date: | **5/8/2025** | Recording Information: | **LCR-SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **KRISTIN SOLIS** | Type of Hearing: | **STATUS** | | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **KOMILJON TOIROV** | **TANIA CHOZET, AFPD STANDING IN** | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

| Assistant U.S. Attorney: | **JACKSON DERING** | Interpreter: | **N/A** |
|---|---|---|---|
| Pretrial Services: | **VIRGINIA SILVA** | Court in Session: | **9:30 - 9:31 A.M. (1 MIN)** |

- ☐ Court questions Defendant regarding his/her physical and mental condition, DOB
- ☐ Court advises Defendant of possible penalties and all constitutional rights
- ☐ ORAL Motion for Detention Hearing by Government
- ☐ Court grants  ☐ Government's  ☐ Defense counsel's oral motion to continue detention hearing
- ☐ Waiver of Show Cause/Detention hearing; Matter referred to a District Judge for a Disposition Hearing

- ☒ Defendant in custody
- ☐ Conditions of Release continued on Page 2

- ☒ Other: **DEFENDANT SPEAKS UZBECK AND CANNOT PROCEED TODAY IN ENGLISH OR SPANISH; MATTER TO BE RESET WHEN AN INTERPRETER IS LOCATED AND AVAILABLE.**